REGINALD A. CLARKE, Appellant, v. SELBEN APARTMENTS, INC., and Others, Defendants, CITY IRON WORKS, INC., and Others, Respondents, and KEYSTONE ASSOCIATES, INC., Appellant.— Motion for reargument denied, with ten dollars

costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.